IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEW WORLD STRTAGEIES, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | No. 26-103 |
| | : | |
| SOLARKAL, LLC | : | |

**ORDER**

AND NOW, this 29th day of September, 2026, upon consideration of Defendant SolarKal, LLC's Motion to Transfer Venue to the United States District Court for the Southern District of New York (ECF No. 5), Plaintiff New World Strategies, LLC's Response in Opposition (ECF No. 6), and Defendant's Reply Brief in Support of Motion to Transfer Venue (ECF No. 8), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED Defendant's Motion (ECF No. 5) is GRANTED. The Clerk of Court is DIRECTED to transfer this matter to the Southern District of New York.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.